## APRIL 4, 1994

No. —–—. BYRD v. OHIO; GREER v. OHIO; HENDERSON v. OHIO; HICKS v. OHIO; JAMISON v. OHIO; MONTGOMERY v. OHIO; POINDEXTER v. OHIO; SCOTT v. OHIO; and SOWELL v. OHIO. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by Jay D. Scott granted.

No. —–—. KOST v. UNITED STATES; and
No. —–—. FULLER v. NORFOLK SOUTHERN CORP. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–1351. IN RE DISBARMENT OF VENABLE. William H. C. Venable, of Richmond, Va., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 10, 1994 [510 U. S. 1036], is hereby discharged.

No. D–1377. IN RE DISBARMENT OF SPENCE. It is ordered that Jeffrey Dale Spence, of Seattle, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.